# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT



M.D. Appeal Dkt.
17 MAP 2015

| | |
|---|---|
| S & H TRANSPORT, INC., | : No. 832 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| CITY OF YORK, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2015, the Petition for Allowance of Appeal is **GRANTED**.  The issues, as stated by petitioner are:

(1)    Whether the City [of York] may include, in its tax assessment on [Petitioner], gross receipts from freight-brokerage services provided to entities engaged in public utility services that are exempt from the City's Business Privilege Tax because those entities are regulated by the Pennsylvania Public Utility Commission?

(2)    Whether entities whose rates were once, but are no longer, regulated by the Pennsylvania Public Utility Commission still enjoy the exemption from Municipal taxation articulated in 53 P.S. § 6924.301.1(f)(2)?